UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-20137-GAYLES/TORRES

PAUL DANIELS,

     Plaintiff,

v.

MARTIN CROTTY, et al.,

     Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Edwin G. Torres (the "Report"). [ECF No. 194]. On August 15, 2025, Defendants filed a Joint Motion to Dismiss the Amended Complaint (the "Motion"). [ECF No. 122]. On November 17, 2025, Judge Torres issued his Report recommending the Motion be granted for lack of personal jurisdiction. [ECF No. 194]. Plaintiff timely objected to the Report. [ECF Nos. 205, 206, 216]. Defendants then filed a response to the objections. [ECF Nos. 210, 211].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge

Torres' well-reasoned analysis and conclusion that the Motion should be granted.

<u>**CONCLUSION**</u>

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 194], is ADOPTED in full.

(2)     Defendants' Motion to Dismiss [ECF No. 122] is GRANTED. This case is CLOSED.

All pending motions are DENIED as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of December, 2025.


DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE